JUNE 12, 1961

Reap. Dec. 10031.—Yorn Import Export Co. and Arthur J. Fritz & Co. *v.* United States, reappraisements R59/9363 and R59/17098. Entered at San Francisco, Calif. (Not published.) (Initial No. 273045–A.) Motion by plaintiffs.